EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Martha Williams<br>2954 Francis St #102<br>Kansas City, KS 66103 | From: | Kansas City Area Office<br>Gateway Tower II<br>400 State Avenue, Suite 905<br>Kansas City, KS 66101 |
|---|---|---|---|

[ ]   On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 563-2018-01501 | Faye Watts,<br>Investigator | (913) 551-5841 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*(signature)*     7/20/18

Enclosures(s)     Natascha Deguire,<br>Area Office Director     (Date Mailed)

cc:

KU HOSPITAL<br>
Human Resource Manager<br>
3901 Rainbow Blvd<br>
Kansas City, KS 66160



EXHIBIT 1



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Kansas City Area Office**

Gateway Tower II
400 State Avenue, Suite 905
Kansas City, KS 66101
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Kansas City Status Line: (866) 408-8075
Kansas City Direct Dial: (913) 551-5655
FAX (913) 551-6957
Website: www.eeoc.gov

July 20, 2018

Martha Williams
2954 Francis St #102
Kansas City, KS 66103

RE:   EEOC Charge No: 563-2018-01501
      Williams vs. KU Hospital

Dear Ms. Williams:

Due to an administrative error, the Dismissal and Notice of Rights issued to you on April 17, 2018 was incorrectly dated for April 17, 2016. Enclosed is a new Dismissal and Notice of Rights, dated for July 20, 2018. We apologize for any inconvenience this may have caused. Should you have any questions, feel free to contact our office.

Sincerely,

Natascha DeGuire
Area Director

Enclosure

cc:   KU Hospital
      KHRC
      Denise Fields ✓

RECEIVED
JUL 2 2 2018